THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY LINDLEY, <br><br> Defendant. | CASE NO. CR12-0113-JCC <br><br> ORDER CONTINUING TERMS OF SUPERVISION |

This matter comes before the Court on the parties' joint stipulation regarding defendant Timothy Lindley's pending evidentiary/disposition hearing scheduled for September 21, 2017 (Dkt. No. 144). Having thoroughly considered the parties' joint stipulation and the submission from United States Probation, the Court hereby STRIKES the hearing set for September 21, 2017 and CONTINUES the evidentiary/disposition hearing until December 12, 2017 at 9:00 am.

DATED this 20th day of September, 2017.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING TERMS OF
SUPERVISION
CR12-0113-JCC
PAGE - 1