Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TIMOTHY LINDLEY,<br><br>Defendant. | NO. CR12-0113-JCC<br><br>**ORDER CONTINUING TERMS OF SUPERVISION** |

The Court, having considered the parties' stipulated motion, hereby ORDERS that the terms of supervised release continue in full effect with the following added condition:

> The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology for a period of 90 days. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

//

//

The disposition hearing set for December 11, 2017 (Dkt. No. 145) is hereby STRICKEN.

DATED this 6th day of December, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE