THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR12-0113-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TIMOTHY LINDLEY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the U.S. Probation Office's request for temporary removal of Defendant Timothy Lindley's location monitoring equipment. Finding good cause, the Court GRANTS the request. Mr. Lindley's location monitoring equipment shall be removed for the duration of his stay in inpatient substance abuse treatment, from February 21, 2018 to March 21, 2018. The monitoring equipment shall be re-installed on March 22, 2018. Mr. Lindley's new location monitoring expiration date is April 2, 2018.

DATED this 20th day of February 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR12-0113-JCC
PAGE - 1